AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>DAQUANN NORMAN<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:22-mj-00066<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 14, 2022** in the county of **Montgomery** in the **Southern** District of **Ohio**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Robert M. Buzzard*
*Complainant's signature*

SA Robert M. Buzzard, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** *(specify reliable electronic means)*

Date: 2/18/22

City and state: Dayton, Ohio

Peter B. Silvain, Jr.
United States Magistrate Judge
*Printed name and title*

## SUPPORTING AFFIDAVIT

Your Affiant, Robert M. Buzzard, being duly sworn, does hereby depose and state as follows:

### INTRODUCTION

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since January of 2002. I am currently assigned to the Cincinnati Division, Dayton Resident Agency. As such, I am charged with investigating crimes against the United States of America, including but not limited to violations of Title 18 and Title 21 of the United States Code (U.S.C.). I have received training in drug trafficking investigations and participated in numerous narcotics-related investigations (ultimately leading to successful prosecution) that involved surveillance, the execution of search warrants, gathering evidence of money laundering, interviewing suspected drug traffickers, and supervising the activities of informants who provided information and assistance which resulted in the seizure of narcotics. I am familiar with federal drug laws, and aware that it is a violation of 21 U.S.C. §§ 841(a)(1) and 846 to distribute and possess with intent to distribute controlled substances, as well as to conspire to do the same.

### PURPOSE OF AFFIDAVIT

2.  This Affidavit is submitted in support of a criminal complaint, and seeks the issuance of an arrest warrant against Daquann NORMAN (hereinafter referred to as "NORMAN") for:

    a.  Possession with intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

3.  The information contained in this Affidavit is largely based upon an investigation conducted by me and other law enforcement officers. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe the

following: that on February 14, 2022, in the Southern District of Ohio, NORMAN committed a violation of 21 U.S.C. §§ 841(a)(l) and (b)(1)(C), that being knowingly and intentionally possessing with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## SUMMARY OF PROBABLE CAUSE

4. On February 14, 2022, federal, state, and local law enforcement officers conducted surveillance near Gettysburg Avenue, Dayton, Ohio. During that surveillance, FBI Task Force Officer (TFO) Craun observed a white Ford Mustang traveling south on Gettysburg Avenue from Hoover Avenue. The Ford Mustang had dark tinted windows and an obstructed rear license plate in violation of state law. Additionally, TFO Craun recognized the Ford Mustang as the same vehicle that fled from Dayton Police Department (DPD) officers on the evening of February 9, 2022.

5. Surveillance was maintained on the Ford Mustang with assistance from an Ohio State Highway Patrol aircraft. In the 4200 block of West Third Street, Dayton, Ohio, DPD Officers Batley and Swiger attempted to conduct a traffic stop on the Ford Mustang. After activating their emergency lights, the Ford Mustang accelerated at a high rate of speed and fled from officers with disregard for the safety of the motoring public. The Ohio State Highway Patrol aircraft kept the Ford Mustang in sight and communicated the location of the fleeing vehicle to surveillance units on the ground.

6. The surveilling aircraft observed the Ford Mustang travel to a gas station/convenience store at 15 South State Street, Phillipsburg, Ohio. The aircraft observed the vehicle park at a gas pump. The aircraft observed the driver, NORMAN, exit the vehicle. It was later discovered that NORMAN entered the convenience store in a hurry and paid employees $20

for fuel before quickly returning to the Ford Mustang to pump fuel into the vehicle. TFO Craun, along with DPD officers and detectives pulled into the convenience store lot to arrest NORMAN. Upon seeing the officers, NORMAN attempted to flee again with the fuel hose connected to the vehicle. NORMAN'S Ford Mustang struck TFO Craun's assigned FBI vehicle before hitting another gas pump and protective pole. This action by NORMAN tore the front bumper from the Ford Mustang. NORMAN then complied with law enforcement commands and was placed under arrest without further incident.

7. During a search of the Ford Mustang, incidental to NORMAN's arrest and pursuant to the Dayton Police Department Vehicle Tow Policy, officers located two plastic baggies in the center console containing suspected crystal methamphetamine. The larger baggie contained approximately 30 grams of suspected methamphetamine and the smaller baggie contained approximately 5 grams of suspected methamphetamine.

8. DPD Detective Humphrey interviewed NORMAN about this incident. The interview was audio and video recorded. Detective Humphrey advised NORMAN of his *Miranda* rights. NORMAN acknowledged his *Miranda* rights and waived the same. Thereafter, NORMAN explained he ran from law enforcement because he knew he had an active arrest warrant for a parole violation. NORMAN also admitted the methamphetamine found in the Ford Mustang belonged to him.

9. A criminal history search on NORMAN revealed he was convicted in the Common Pleas Court of Montgomery County, Ohio, case number 2016CR1212/2, for Aggravated Robbery with a Deadly Weapon. Additionally, NORMAN was convicted in the Common Pleas Court of Montgomery County, Ohio, case number 2016CR727, for Failure to Comply with the Order or Signal of a Police Officer. NORMAN was sentenced to a total of 4 years incarceration for the

convictions. Upon his release from state prison, NORMAN was placed under the supervision of the Ohio Adult Parole Authority.

10. Detective Humphrey conducted a field test on the suspected methamphetamine found inside the vehicle and received a positive result for the presence of methamphetamine. Methamphetamine is a Schedule II controlled substance. Based upon my experience in speaking with confidential informants, drug traffickers, and participating in numerous drug trafficking investigations, I know the amounts of methamphetamine seized from the vehicle operated by NORMAN are distribution quantities.

## CONCLUSION

11. Based on the facts set forth in the Affidavit, there is probable cause to believe that on February 14, 2022, in the Southern District of Ohio, NORMAN committed a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), that being knowingly and intentionally possessing with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

*Robert M. Buzzard*

Robert M. Buzzard
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this __18th__ day of February, 2022.

Peter B. Silvain, Jr.
United States Magistrate Judge

JUDGE